UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERT GLOVER, | No. 2: 23-cv-1767 KJN P |
| Plaintiff, | |
| v. | |
| MIDDLETON, | |
| Defendant. | |

Plaintiff, who proceeds in this action without counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)[1] Good cause appearing, plaintiff's request to proceed in forma pauperis is granted.

Plaintiff did not file a complaint. Instead, plaintiff filed a one and one-half pages long letter addressed to "whom it concerns." (ECF No. 1.) Plaintiff states that he "attempted to file a civil liberties case where arresting officer beat me causing $10,000 hospital bills, arrested me under false name." (Id.) Plaintiff alleges that Mr. Middleton, an Alturas police officer, had no reason to stop plaintiff. (Id.) Plaintiff alleges that Officer Middleton beat plaintiff in a room with cameras. (Id.) Plaintiff requests five copies to "restart my claim." (Id.) Plaintiff also requests

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

appointment of counsel. (Id.)

In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. The court will not issue any orders granting or denying relief until an action has been properly commenced. Plaintiff will be provided the opportunity to file a complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 4) is granted;
2. Plaintiff is granted thirty days from the date of this order to file a complaint; failure to file a complaint within that time will result in a recommendation of dismissal of this action; and
3. The Clerk of the Court is directed to send plaintiff the form for a complaint by a non-prisoner.

Dated: September 27, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Glov1767.scr