UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERT GLOVER,<br><br>Plaintiff,<br><br>v.<br><br>MIDDLETON,<br><br>Defendant. | No. 2:23-cv-1767-TLN-KJN<br><br>**ORDER** |

      Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 20, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. The time to file objections has passed, and Plaintiff did not file objections to the findings and recommendations.

      The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 20, 2023 (ECF No. 9) are ADOPTED IN FULL; and
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: February 2, 2024

Troy L. Nunley
United States District Judge